IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES BERNARD JONES, JR.,

    Petitioner,                       No. CIV S-06-2583 JAM EFB P

    vs.

M.C. KRAMER,

    Respondent.                    FINDINGS AND RECOMMENDATIONS

      Petitioner is a state prisoner seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 27, 2008, the court directed petitioner to either file an amended petition containing only his exhausted claims or to request a stay and abeyance within 30 days. That order warned petitioner that failure to comply would result in a recommendation that this action be dismissed.

      The 30 days have passed and petitioner has not filed an amended petition, a request for stay or otherwise responded to that order.[1]

      Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Rule 11 of the Rules Governing Section 2254 Cases; L. R. 11-110.

---

[1] The order was returned by the U.S. Postal Service on September 2, 2008, marked "RTS - Transferred to COCF AZ, Florence Correctional Ctr." On September 5, 2008, the Clerk re-served the order on petitioner at his current address.

1

1      These findings and recommendations are submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3 after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8 Dated:  December 5, 2008.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE